# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH CONNER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ABBOTT LABORATORIES INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-01463-SMY<br><br>Hon. Judge Staci M. Yandle |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff Sarah Conner and Defendant Abbott Laboratories Inc. (collectively, the "Parties"), through counsel, hereby stipulate and agree to dismiss all claims asserted and that could have been asserted in this action, with prejudice, with each Party to bear their own attorneys' fees, expenses, and costs. The Parties further stipulate and jointly move the Court for entry of the [Proposed] Order Granting Stipulated Motion to Dismiss with Prejudice, which has been approved as to form by the Parties and has been filed simultaneously herewith.

　　　DATED September 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/  *Spencer Sheehan*
　　　　　　　　　　　　　　　　　　　　　　　Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　　　　spencer@spencersheehan.com
　　　　　　　　　　　　　　　　　　　　　　　SHEEHAN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd Ste 409
　　　　　　　　　　　　　　　　　　　　　　　Great Neck, NY 11021
　　　　　　　　　　　　　　　　　　　　　　　Telephone: +1 516 268 7080

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Sarah Conner*

/s/ *Diana M. Watral* (with consent)
Diana M. Watral, P.C. (pro hac vice)
diana.watral@kirkland.com
Ryan J. Moorman (pro hac vice)
ryan.moorman@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200

W. Jason Rankin, #6237927
wjr@heplerbroom.com
HeplerBroom Law Firm
130 N. Main Street
P.O. Box 510
Edwardsville, IL 62025
Telephone: +1 618 656 0184
Facsimile: +1 618 656 1364

*Attorneys for Defendant Abbott Laboratories Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SARAH CONNER, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:21-cv-01463-SMY |
| v. | Hon. Judge Staci M. Yandle |
| ABBOTT LABORATORIES INC., | |
| Defendant. | |

**[PROPOSED ORDER] GRANTING**
**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the Parties' Stipulated Motion to Dismiss with Prejudice. Pursuant to the stipulation of the Parties and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties' Stipulated Motion to Dismiss with Prejudice is **GRANTED**. All claims and causes of action alleged in the above-captioned suit are hereby dismissed with prejudice, each Party to bear their own costs, expenses, and attorneys' fees incurred herein.

DATED this ___ day of _____, 2023.

BY THE COURT

_____
Judge Staci M. Yandle