# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH CONNER, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 21-CV-1463-SMY ) |
| ABBOTT LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order Dismissing Case (Doc. 36), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** September 11, 2023

**MONICA A. STUMP,**
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
United States District Judge